CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 08 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DEANTHONY DOANE,** | ) | CASE NO. 7:14CV00539 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **HAROLD CLARKE, ET AL.,** | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the defendants' motion for summary judgment (ECF No. 22) is **GRANTED** on the grounds of failure to exhaust administrative remedies and qualified immunity; the plaintiff's claims are **DISMISSED**; the other pending motions (ECF Nos. 36 and 37) are **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 7th day of December, 2015.

/s/ Glen E. Conrad
Chief United States District Judge